Robert Lee JENKINS, Plaintiff-
Appellant,

v.

Ron BARNES, Warden, High Desert
State Prison; et al., Defendants-
Appellees.

No. 16-15674

United States Court of Appeals,
Ninth Circuit.

Submitted April 11, 2017 *

Filed April 24, 2017

---

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publi-
   cation and is not precedent except as provid-
   ed by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is
  suitable for decision without oral argument.

Robert Lee Jenkins, Pro Se

Shanan L. Hewitt, Esquire, Attorney, Jesse Rivera & Associates, Sacramento, CA, for Defendants-Appellees

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

## MEMORANDUM **

California state prisoner Robert Lee Jenkins appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004). We affirm.

The district court properly granted summary judgment because Jenkins failed to raise a genuine dispute of material fact as to whether defendant Miranda acted with deliberate indifference by changing Jenkins's pain medication and discontinuing Jenkins's authorization for a cane and back brace. *See id.* at 1058-60 (deliberate indifference is a high legal standard; medical malpractice, negligence, or a difference of opinion concerning the course of treatment does not amount to deliberate indifference).

**AFFIRMED.**

*See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.